UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUC NGUYEN,

    Petitioner,

v.

MICHAEL MUKASEY *et al.*,

    Respondents.

Civil Action No. 08-0541 (RCL)

## FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this petition be DISMISSED for want of jurisdiction.

This is a final, appealable order. *See* Fed. R. App. 4(a).

                                                /s/
                                  ROYCE C. LAMBERTH

Date: May 7, 2008              United States District Judge