UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUC NGUYEN,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MUKASEY *et al.*,<br><br>    Respondents. | Civil Action No.  08-0541 (RCL) |

**FINAL ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this petition be DISMISSED for want of jurisdiction.

This is a final, appealable order.  *See* Fed. R. App. 4(a).

                                             /s/
                                ROYCE C. LAMBERTH
Date:  May 7, 2008              United States District Judge